

George M. Reiber<br>
Chapter 13 Trustee<br>
3136 Winton Road South<br>
Rochester NY 14623<br>
(585) 427-7225

February 22, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Barbra A O'May; BK #05-24975

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2236.11. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| OCWEN Loan Servicing, LLC | $2236.11 | Claim Register # 2 |

/s/_____
           George M. Reiber, Trustee

